UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN P. CHARTERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)<br><br>Defendant. | CIVIL ACTION<br>No. 1:07-cv-11371-NMG |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court under seal and are thus available in paper form only:

1. John Hancock Life Insurance Company (U.S.A.)'s Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification;

2. John Hancock Life Insurance Company (U.S.A.)'s Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment as to Liability;

3. John Hancock Life Insurance Company (U.S.A.)'s Response to Plaintiff's Local Rule 56.1 Statement of Material Facts Not in Dispute; and

4. Certain exhibits attached to the Declaration of Alison V. Douglass, Esq.

John Hancock Life Insurance Company (U.S.A.) has requested that the original documents be maintained under seal in the Clerk's Office.

Dated: February 27, 2009

Respectfully submitted,

/s/Alison V. Douglass
James O. Fleckner (BBO #641494)
Anthony M. Feeherry (BBO #160960)
John J. Cleary (BBO #086240)
Alison V. Douglass (BBO #646861)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231
jfleckner@goodwinprocter.com
afeeherry@goodwinprocter.com
jcleary@goodwinprocter.com
adouglass@goodwinprocter.com

**Attorneys for Defendant**
**John Hancock Life Insurance Company**
**(U.S.A.)**

## CERTIFICATE OF SERVICE

I, Alison V. Douglass, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic mail copies will be sent to those indicated as non-registered participants on February 27, 2009.

/s/Alison V. Douglass